Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**Kazerouni Law Group, APC**
2700 N. Main Street, Suite 1000
Santa Ana, CA 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for the Plaintiff
Morteza Azimi

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Morteza Azimi, Individually and on Behalf of All Others Similarly Situated, | CASE NO.: **11-CV-02935 WQH (NLS)** |
|---|---|
| Plaintiffs, | **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO MORTEZA AZIMI AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS CLAIMS** |
| v. | |
| Accounts Receivable Management, Inc., | |
| Defendant. | **HON. WILLIAM Q. HAYES** |

Plaintiff MORTEZA AZIMI (hereinafter "Plaintiff") and Defendant, ACCOUNTS RECEIVABLE MANAGEMENT, INC. (herein after "Defendant"), (collectively "the Parties"), hereby move to dismiss this action with prejudice and on the merits as to the claims of Plaintiff Morteza Azimi, and without prejudice as

to the claims of the putative class identified in Plaintiff's Complaint (the "Joint Motion"). In support of this Joint Motion, the Parties state as follows:

1.   The Parties have agreed to enter into this Joint Motion;

2.   Pursuant to this Joint Motion, the Parties, by and through their respective counsel, agree that the Court may proceed to dismiss this action with prejudice and on the merits as to the claims of Plaintiff Morteza Azimi, and without prejudice as to the claims of the putative class;

3.   The Parties further agree that they shall bear their own attorneys' fees, costs and expenses incurred in this matter.

NOW, THEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order dismissing this action with prejudice and on the merits as to the claims of Plaintiff Morteza Azimi, and without prejudice as to the claims of the putative class.

Dated: May 30, 2012          **HYDE & SWIGART**

/s/Joshua B. Swigart
Joshua B. Swigart
Attorneys for the Plaintiff

Dated: May 30, 2012          **MOSS & BARNETT, PA**

/s/Issa K. Moe
Issa K. Moe
Attorneys for Defendant

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is

acceptable to Issa K. Moe, counsel for Defendant, and that I have obtained Mr. Moe's authorization to affix his electronic signature to this document.

Dated: May 30, 2012                    **HYDE & SWIGART**

/s/Joshua B. Swigart
Joshua B. Swigart
Attorneys for the Plaintiff