FILED

12 JUN -4 AM 11:10

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Morteza Azimi, Individually and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>Accounts Receivable Management, Inc.<br><br>Defendant. | Case No.: 11-CV-02935 WQH (NLS)<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF MORTEZA AZIMI AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS CLAIMS**<br><br>Hon. William Q. Hayes |

Based upon the Parties Joint Motion For Dismissal filed by Plaintiff Morteza Azimi ("Plaintiff") and Defendant Accounts Receivable Management, Inc. ("Defendant"), and good cause appearing, this Court hereby orders that the entire action is dismissed with prejudice and on the merits as to the individual claims of

//

//

//

Plaintiff Morteza Azimi, and without prejudice as to the claims of the putative class identified in Plaintiff's Complaint. The Parties shall bear their own attorneys' fees, costs and expenses incurred in this matter.

IT IS SO ORDERED.

Dated: 6/7/12

HON. WILLIAM Q. HAYES